# United States Bankruptcy Court

### of the

### Northern District Of Illinois

### Western Division

Trustee's Final Report

In Re:  THOMAS E. CHEEK & ELDA B. CHEEK                    Case Number: 05-72664
P.O. BOX 158                          SSN-xxx-xx-8450 & xxx-xx-6717
POPLAR GROVE, IL  61065

|  |  | Case filed on: | 5/26/2005 |
|---|---|---|---|
|  |  | Plan Confirmed on: | 9/23/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $84,415.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY HENRY REPAY | 1,394.00 | 1,394.00 | 1,394.00 | 0.00 |
|  | Total Legal | 1,394.00 | 1,394.00 | 1,394.00 | 0.00 |
|  |  |  |  |  |  |
| 008 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PENTAGROUP FINANCIAL, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ALLIANCE ONE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | AMERICAN RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | BALOGH BECKER, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MERCHANTS & MEDICAL CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | BLATT AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | HOUSEHOLD BANK (SB), N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MERCHANTS & MEDICAL CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | AMSHER COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | RMA | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | THOMAS E. CHEEK | 0.00 | 0.00 | 1,406.97 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,406.97 | 0.00 |
|  |  |  |  |  |  |
| 001 | CITIZENS BANK | 12,901.99 | 12,901.99 | 12,901.99 | 608.89 |
| 002 | WELLS FARGO BANK N.A. | 287.97 | 287.97 | 287.97 | 0.00 |
|  | Total Secured | 13,189.96 | 13,189.96 | 13,189.96 | 608.89 |
|  |  |  |  |  |  |
| 001 | CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WORLD FINANCIAL NETWORK NATIONAL BANK | 2,000.67 | 2,000.67 | 2,000.67 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 5,463.33 | 5,463.33 | 5,463.33 | 0.00 |
| 005 | BANK ONE USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SMC | 1,902.54 | 1,902.54 | 1,902.54 | 0.00 |
| 007 | CAPITAL ONE | 1,626.36 | 1,626.36 | 1,626.36 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 3,832.73 | 3,832.73 | 3,832.73 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 3,866.02 | 3,866.02 | 3,866.02 | 0.00 |
| 014 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 3,698.04 | 3,698.04 | 3,698.04 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 2,596.13 | 2,596.13 | 2,596.13 | 0.00 |
| 018 | KOHLS | 3,076.35 | 3,076.35 | 3,076.35 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 3,290.99 | 3,290.99 | 3,290.99 | 0.00 |
| 022 | MARSHALL FIELD | 3,275.81 | 3,275.81 | 3,275.81 | 0.00 |
| 023 | MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | REHABILITATION ASSOC OF NI | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SAKS INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ECAST SETTLEMENT CORPORATION | 2,430.36 | 2,430.36 | 2,430.36 | 0.00 |
| 031 | ROUNDUP FUNDING LLC | 5,072.06 | 5,072.06 | 5,072.06 | 0.00 |
| 033 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 1,456.31 | 1,456.31 | 1,456.31 | 0.00 |
| 035 | ROUNDUP FUNDING LLC | 3,478.08 | 3,478.08 | 3,478.08 | 0.00 |
| 036 | ECAST SETTLEMENT CORPORATION | 11,092.83 | 11,092.83 | 11,092.83 | 0.00 |
| 037 | ECAST SETTLEMENT CORPORATION | 1,596.43 | 1,596.43 | 1,596.43 | 0.00 |
| 038 | ECAST SETTLEMENT CORPORATION | 1,489.60 | 1,489.60 | 1,489.60 | 0.00 |
| 039 | CAPITAL ONE | 659.90 | 659.90 | 659.90 | 0.00 |
| 040 | CAPITAL ONE | 910.78 | 910.78 | 910.78 | 0.00 |
|  | Total Unsecured | 62,815.32 | 62,815.32 | 62,815.32 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 77,399.28 | 77,399.28 | 78,806.25 | 608.89 |

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Total Paid Claimant:        $79,415.14
Trustee Allowance:           $4,999.86
Percent Paid Unsecured:        100.00

        Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

       _/s/ Lydia S. Meyer_____
       Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007            By  _/s/Heather M. Fagan_____